Timothy BELL, Plaintiff–Appellant,

v.

Eugene MCADORY, et al.,
Defendants–Appellees.

No. 16–3420

United States Court of Appeals,
Seventh Circuit.

Submitted September 15, 2016

Decided September 19, 2016

Christopher J. DiPompeo, Jones Day, Washington, DC, Brian J. Murray, Jones Day, Chicago, IL.

Nadine J. Wichern, Office of the Attorney General, Chicago, IL.

Before Richard A. Posner, Circuit Judge, Frank H. Easterbrook, Circuit Judge, Michael S. Kanne, Circuit Judge.

### Order

After Timothy Bell had filed a notice of appeal (No. 15–1036), the district court denied a motion to extend the time for appeal. See Fed. R. App. P. 4(a)(5). Bell has filed another notice of appeal, directed to that order.

The only appealable order in this case is the district court's final decision. Procedural matters such as orders under Rule 4(a)(5) are not separately appealable. Instead they are reviewable in the initial appeal. The current appeal therefore is dismissed for want of jurisdiction.